UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ROSE MICHAEL,

    **Plaintiff,**

v.

AMERASSIST A/R SOLUTIONS, INC.,

    Defendant.                                                           No. 15-cv-712-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Notice of Voluntary Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 6), entered on September 29, 2015, this case is **DISMISSED** with prejudice.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                        Deputy Clerk

Dated:   September 29, 2015

Digitally signed by David R. Herndon
Date: 2015.09.29 15:41:38 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT